

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| ERIC HOWARD | : | DOCKET NO. 08-1452 SECTION "P" |
|---|---|---|
| VS. | : | JUDGE TRIMBLE |
| WARDEN WINN CORRECTIONAL CENTER, ET AL | : | MAGISTRATE JUDGE KIRK |

## JUDGMENT

On January 7, 2011, Magistrate Judge Kirk issued a report that recommended that the instant writ of *habeas corpus* be denied with prejudice for the reasons stated therein. Petitioner was given fourteen days to object to the recommendations of the Magistrate Judge. On January 21, 2011, petitioner asked for an extension of time to file his objections.[1] The undersigned granted the motion and gave petitioner an extension of 30 days to file his objections.[2] Pursuant to that order, petitioner's objections were due February 24, 2011. As of this date, no objections have been filed.

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that the petitions for *writ of habeas*

---

[1] R. #25.

[2] The proposed order stated that the extension was to amend the complaint, however, the substance of the motion was to file an objection to the Report and Recommendation. R. #26.

*corpus* filed by Eric Howard is hereby **DENIED** with prejudice.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 2nd day of March, 2011.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE